

FILED
CLERK U.S. DISTRICT COURT

MAR 18 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEFINA RAMIREZ,<br><br>    Defendant. | Case No. SA 25-00201M<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. . § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations; lack of bail resources; failure to interview; unstable residence.*

and

1  B.    ( X ) The defendant has not met her burden of establishing by clear and convincing
2        evidence that she is not likely to pose a danger to the safety of any other person or
3        the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:
4        *Instant allegations; criminal history.*
5        IT THEREFORE IS ORDERED that the defendant be detained pending further
6  proceedings and/or transfer to the charging district.

Dated: 3/18/2025

DOUGLAS F. McCORMICK
United States Magistrate Judge